UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>vs.<br><br>Kristopher Vega,<br><br>　　　　　　　　　　　Defendant. | Case No. 3:22-cr-00688-TWR<br><br>JUDGMENT OF DISMISSAL |

FILED
APR 28 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐　the Court has dismissed the case for unnecessary delay; or

☐　the Court has granted the motion of the Government for dismissal, without prejudice; or

☐　the Court has granted the motion of the defendant for a judgment of acquittal; or

☐　a jury has been waived, and the Court has found the defendant not guilty; or

☐　the jury has returned its verdict, finding the defendant not guilty;

☒　of the offense(s) as charged in the Indictment/Information:

21:952,960 - Importation of a Controlled Substance (Felony)

Dated: 4/28/22

Hon. Karen S. Crawford
United States Magistrate Judge